UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ORDER
CR 17-944 (ADS)

CARMINE CORRIERI
-----------------------------------------------------------X

TO: HEALTH SERVICES ADMINISTRATOR
    NASSAU COUNTY CORRECTIONAL CENTER

Above named defendant, is currently detained at the <u>NASSAU COUNTY CORRECTIONAL FACILITY</u>, pending trial. Defendant and Counsel having appeared before this Court for Detention Hearing/Status Conference, advised the Court that he/she is in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

May experience possible withdrawal from drug use

SO ORDERED:

Dated: Central Islip, New York
11/01/17

Arlene Rosario Lindsay
United States Magistrate Judge