# WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| Inmate Name: CORRIERI, CARMINE | Register No. 90475-053 | UNIT: KC |
|---|---|---|
| **Evaluation Period:** Dec 26, 2019- Jan 26, 2020 | Work Assignment: Food Service 5 | |

Bonus Justification

MR CORRIERI IS AN OUTSTANDING WORKER. HE DOES SUPERIOR WORK AND DRIVES HIMSELF EXCEPTIONALLY HARD. MR CORRIERI ALWAYS VOLUNTEERS TO HELP OUT ON HIS DAYS OFF IN AREAS OF THE KITCHEN THAT NEED THE HELP. HIS ABILITY TO LEARN AND EXCELLENT MEMORY HELPED HIM BECOME EXTREMELY KNOWLEDGEABLE IN PROPER FOOD SERVICE TECHNIQUES, AND HE TRAINS NEW INMATES ON THESE TECHNIQUES. MR CORRIERI ALWAYS HAS A POSITIVE ATTITUDE AND OTHER INMATES ENJOY WORKING WITH MR CORRIERI. THANK YOU FOR ALL THE HARD WORK YOU DO MR CORRIERI, AND KEEP UP THE GREAT WORK.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, No matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ____ 1  ____ 2  ___ 3  ___ 4  ___ M.

2. Hours of Satisfactory work  ____175

3. Regular Pay  _____

4. Bonus Recommended: ___ yes  ____ no

5. Total Pay  _____

| Supervisor's Signature | Date |
|---|---|
| A. Innab | 1/25/2020 |
| Inmate's Signature<br>X | Date<br>1/25/2020 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
|  |  |

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| Inmate's Name: Carmine Corrieri | Register No: 90475-053 | Unit: KC |
|---|---|---|
| Evaluation Period: Duration of Food Service Work | Work Assignment: F/S # 5 | |

Bonus Justification:

    I was initially impressed with Carmine Corrieri enthusiasm, communication skills and professional demeanor when he was hired over a year ago. Corrieri is reliable, dedicated and eternally upbeat. He has the ability to multitask effectively and is able to handle a high-volume workload. Corrieri team player mind-set, enthusiastic embrace of change, ability to work with minimal supervision and unwavering commitment to exceeding my high expectations. I thoroughly enjoyed my time working with Carmine Corrieri, and came to know him as a truly valuable asset to absolutely any team. Along with his aforementioned skills he is dependable, and incredibly hard-working.

    Carmine Corrieri fulfilled his employment responsibilities with little supervision. The position required the ability to liaise between different departments. Success was dependent on strong communication and interpersonal skills. Corrieri did an excellent job in this position and was an asset to the Bureau of Prisons during his tenure in the Food Service department. He has excellent written and verbal communication skills, is extremely organized, can work independently, and is able to follow through to ensure that the job gets done.

    Carmine was tasked with putting together over 4,000 meals, for breakfast, lunch and dinner meals. He developed interpersonal relationships with inmates in need of special, medical and religious diets. He also took to memory every recipe and menu substitution. I was impressed that Carmine would volunteer to come to work every day to ensure that the meals were completed and nothing was left out. His dedication to work and attention to detail is very hard to find. Carmine was a go–to guy for me, if I needed something completed he was always the first in line to complete the job. Corrieri was always willing to offer his assistance and had an excellent rapport amongst other cook supervisors.

COOK SUPERVISOR

Signature and Date of Cook Supervisor

Instructions: Check the best statement in each area.    Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**

\_\_\_1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.

\_\_\_2. Fair. Careless; makes mistakes and does not check work. Should do better work.

\_\_\_3. Satisfactory. Makes some mistakes but no more than expected at this level.

\_\_\_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.

\_X\_5. Outstanding. Does superior work

## B. QUANTITY OF WORK
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
_X_5. Outstanding. Drives self exceptionally hard all the time.

## C. INITIATIVE
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
____4. Good. Can plan own work well. Acts on own in most things.    Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST; EAGERNESS TO LEARN
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, No matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.    Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
____5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION
____1. Poor. Resentful and hostile. May argue with supervisor.
____2. Fair. Resists or ignores suggestions.
____3. Satisfactory. Generally does what is told without any fuss.
____4. Good. No hostility or resentment. Tries to improve.
_X_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
____l. Poor. Negativistic, hostile, annoying to others.
____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
____4. Good. Friendly, congenial, helpful; others like to work with.
_X_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
    Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____l. Fire or lay off that individual?
____2. Transfer the person to a less demanding job at a lower pay scale?
_X_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
____5. Promote the person to a more demanding job at a higher pay rate?

WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE            FEDERAL BUREAU OF PRISONS

| Inmate's Name: Carmine Corrieri | Register No: 90475-053 | Unit: KC |
|---|---|---|
| Evaluation Period: Duration of Food Service work | Work Assignment: F/S # 5 | |

Bonus Justification:

    Corrieri, Carmine is a great addition to our department from day one, and during his time here he has worked in food service he's distinguished himself as a quick learner, consistently diligent worker and overall bright man. He was never once late for a shift, and often stepped forward to cover the shifts of other missing personnel. Corrieri is a highly valued member of the team and has made constant strong contributions during his time here. I place a premium on team players and Carmine has been a natural fit.

    He was also intuitive in his interactions with other workers, finding just the right balance of friendliness and leadership without being imposing. Corrieri has a pleasant, even temperament and keeps his cool in even the most stressful situations. What impressed me the most is through all of the changes going on right now and the multitude of task I ask of Carmine, he consistently makes it all look effortless. Some on the many task he is tasked with daily are.  Some on the many task he is tasked with daily are: be the #1 in the dish room, loading and unloading breakfast and lunch carts for delivery to 2000 inmates, maintaining a high level of sanitation in the department, helping with the delivery of special diet meals to numerous units. Inmate Carmine help during the Coronavirus and cooler malfunctions were invaluable to the success of the Food Service Department. He has excellent written and verbal communication skills, is extremely organized, can work independently, and is able to effectively multi-task to ensure that all projects are completed in a timely manner. Because of his effectiveness, I even given him additional responsibilities; including training all new workers. Because of his effectiveness I am able to assume more task and focus more on my work, because I have the confidence that the job will be completed and completed the right way with minimum supervising.

    He has displayed an eagerness to learn and a constructive attitude towards feedback. He also has quickly gained the respect and trust of colleagues and he been praised for his reliability and collaborative spirit. Corrieri has a passion for the job and that has had a positive impact across a number of projects. His attitude and dedication has rubbed off on his co-workers and he is frequently used to motivate other workers.

Instructions: Check the best statement in each area.    Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

## A. QUALITY OF WORK
____l. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
____4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_X_5. Outstanding. Does superior work

## B. QUANTITY OF WORK
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_X_5. Outstanding. Drives self exceptionally hard all the time.

## C. INITIATIVE
____l. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.    Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST; EAGERNESS TO LEARN
____l. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, No matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.    Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
____l. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
____4. Needs little supervision. Good record of dependability an promptness.
_X_5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

____l. Poor. Resentful and hostile. May argue with supervisor.

____2. Fair. Resists or ignores suggestions.

____3. Satisfactory. Generally does what is told without any fuss.

____4. Good. No hostility or resentment. Tries to improve.

_X_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

____l. Poor. Negativistic, hostile, annoying to others.

____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.

____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.

____4. Good. Friendly, congenial, helpful; others like to work with.

_X_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____l. Fire or lay off that individual?

____2. Transfer the person to a less demanding job at a lower pay scale?

_X_3. Continue to employ the person but without a raise or promotion this time?

____4. Raise the person's pay but keep the person at the same job?

____5. Promote the person to a more demanding job at a higher pay rate?

Cook Supervisor.

_____

Signature and Date of Dept. Head Approval

# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Carmine Corrieri

*has successfully completed the Course of Study as prescribed by the*

*Justice-in-Education Initiative Scholars program and in testimony thereof is awarded this*

## Certificate of Completion

### for

## Critical Thinking Mini Course

2-21-20
*Completion Date*

*Course Instructor*

# U.S. Department of Justice

Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

## Carmine Corrieri

In recognition of your completion of instruction course

## Alternatives to Drug Dealing

MDC Brooklyn

**February 17th, 2020**

C. Bramble – Education Technician



# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

*Carline Cormier*

In recognition of *Completion* for
**Resume Writing**
at MDC Brooklyn

January 6th, 2020

R. Persaud-ACE Coordinator



# METROPOLITAN DETENTION CENTER BROOKLYN

## CERTIFICATE OF ACCOMPLISHMENT

### Carmine Corrieri

Register No. 90475-053

Is presented with the

## Exemplary Service Award

## Recreation Aide

for maintaining the highest standards, looking after the smallest detail, and going the extra mile as a Recreation Aide for Recreation Services. Your tireless enthusiasm, hard work and dedication to the inmate population at Metropolitan Detention Center Brooklyn is commendable.

This certificate is hereby issued this 3rd day of November, 2019.

D. Harper, Recreation Specialist



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Carmine Corvieri*

Instructor-led training;
developed by the Education Department:
Resume Writing, Reputation Management, & Social Media:
*Define Yourself Before You are Defined*

D. Greco - Teacher
July 9, 2018