May 22, 2020

Dear Your Honor,

I am writing this letter to you today to explain why I support my cousin, Carmine, so much and would be a good person to sign his bond. I too had a long life of bad behavior stemming from when I was a young lady. I fell into the wrong crowd and made friends with people of whom I should have never been around. I made poor choices that led me to a life of destruction and turmoil. My children and my family everyone who came in contact with me had slowly turned their backs on me. I thought I was above the law and nothing would stop my path. Until I, too, had to learn the hard way. Several incarcerations, losing custody of my children and having absolutely no one to turn to was a turning point for me. My very last incarceration I was convicted of a felony. I sat in a County jail with nothing but the thoughts inside my head. I wished on so many occasions that someone anyone would come to my rescue and help me because I was at an all-time low.

While I sat in jail, I realized the only one who could help me was myself. I needed to stop blaming everyone else for my behavior and stop the excuses. I began to believe and take ownership in my own actions for the first time in my life. I then started to use my time wisely while incarcerated. I joined as much support groups as I could to get through this hard time I put myself into. I joined AA and NA. I even began to mentor other woman on the facility and help them turn away from their own addictions.

I joined a writing class which in all honestly was probably the best move and I began to write until my hand ached in pain. I released all the bad that had been done to me over a few decades and I found my turning point. Once I realized what that was in my life I set a new path, a new life for myself. I was more determined than ever to use the knowledge I had gained and use it from there on out. I joined the scared straight program in the facility and I was used to tell my story so I could help children never end up where I had.

Mind you, while I was there I was still alone, with no support from not one person. Before my release date I made a promise to myself I would never put myself my family nor my children in that situation again. With that being said I've been home for several years now and the promise I once made has still been kept. It took many years to regain the trust of my loved ones especially my own children but I have succeeded. I now have full residential custody of my teenaged daughters. I've been working since I came home, full time, and I have even enrolled in school for my certification to become a CMA. Before the shutdown, I was earning about $2000 per month at a local restaurant as a waitress and hostess. Because of the virus shutdown, I only work partial hours and get unemployment of about $2400 with the stimulus for the time being.

My support these days is out of this world. I'm pleading with you to allow me to be the support that my cousin yearns for. Carmine has not been the best apple in the bunch and he has a lot of proving himself he needs to do. But I have been in his shoes. I've proven to the world that people can change for the better.

      Your Honor, Carmine trying his best to remain positive with all this going on as far as the pandemic is concerned. I fear for his health. His health issues are known to the Court. His father is in very poor health and Carmine has not been able to see him in years. Thank you for considering that I am a trustworthy person and I believe in him as people once had to believe in me.

Thank you very much for this time and I appreciate your time. Stay Healthy and Safe.

Yours Truly,
Angela Corrieri